UNITED STATES of America,
Plaintiff–Appellee,

v.

Tracy Lynn HURST, Defendant–
Appellant.

No. 11–14584
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 9, 2012.

Susan Hollis Rothstein–Youakim, Robert E. O'Neill, Kathy Peluso, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Brent Davis Armstrong, Law Office of Brent D. Armstrong, Clearwater, FL, for Defendant–Appellant.

Before EDMONDSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Brent Armstrong, appointed counsel for Tracy Lynn Hurst in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hurst's conviction and sentence are **AFFIRMED**.